## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: David Wright                                                                  CHAPTER 13

                        Debtor(s)

                                                                                                     BKY. NO. 19-22269 CMB

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of U.S. Bank National Association, not in its individual capacity but solely as Trustee for the CIM TRUST 2021-NR2 Mortgage-Backed Notes, Series 2021-NR2 and index same on the master mailing list.

                                                                     Respectfully submitted,

                                                          **/s/ Brian C. Nicholas, Esquire**
                                                          Brian C. Nicholas, Esquire
                                                          Attorney I.D. No. 317240
                                                          KML Law Group, P.C.
                                                          BNY Mellon Independence Center
                                                          701 Market Street, Suite 5000
                                                          Philadelphia, PA 19106
                                                          215-627-1322
                                                          bnicholas@kmllawgroup.com