**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DAVID WRIGHT<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:19-22269 CMB<br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/05/2019 and confirmed on 10/09/2019. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 22,283.59 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 22,283.59 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 2,450.00 | |
| Trustee Fee | 1,045.27 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,495.27 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| CHIMERA REO 2018-NR1 LLC<br>Acct: 7000 | 0.00 | 0.00 | 0.00 | 0.00 |
| WASHINGTON COUNTY TAX CLM BUREAU<br>Acct: 4400 | 0.00 | 0.00 | 0.00 | 0.00 |
| WASHINGTON COUNTY TAX CLM BUREAU<br>Acct: 4900 | 0.00 | 0.00 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA D/B/A CHR<br>Acct: 9782 | 0.00 | 0.00 | 0.00 | 0.00 |
| REGIONAL ACCEPTANCE CORP<br>Acct: 9901 | 0.00 | 0.00 | 0.00 | 0.00 |
| CHIMERA REO 2018-NR1 LLC<br>Acct: 7000 | 7,716.24 | 2,942.62 | 1,279.91 | 4,222.53 |
| | | | | 4,222.53 |
| **Priority** | | | | |
| LOUIS POMERICO ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DAVID WRIGHT<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| 19-22269 CMB | TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| DAVID WRIGHT | 5.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| POMERICO AND DIMEO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LOUIS POMERICO ESQ | 2,450.00 | 2,450.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WASHINGTON COUNTY** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4494 | | | | |
| PA DEPARTMENT OF REVENUE* | 1,887.05 | 1,887.05 | 0.00 | 1,887.05 |
| Acct: 9254 | | | | |
| CHIMERA REO 2018-NR1 LLC | 0.00 | 5,218.57 | 0.00 | 5,218.57 |
| Acct: 7000 | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 5.00 | 5.00 | 0.00 | 5.00 |
| Acct: XXXXXXXXXXXXXXXXX2260 | | | | |
| | | | | 7,110.62 |
| **Unsecured** | | | | |
| CAINE & WEINER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2932 | | | | |
| CLAYSVILLE FAMILY PRACTICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4751 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9010 | | | | |
| QUANTUM3 GROUP LLC AGNT - CF MEDIC | 1,041.00 | 495.24 | 0.00 | 495.24 |
| Acct: 8498 | | | | |
| CREDIT MANAGEMENT LP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0150 | | | | |
| FIRST NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8155 | | | | |
| HILLCREST DAVIDSON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8284 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 1,188.96 | 565.63 | 0.00 | 565.63 |
| Acct: 0001 | | | | |
| LOCKHART MORRIS & MONTGOMERY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1420 | | | | |
| NATIONAL CREDIT SYSTEM | 2,703.00 | 1,285.93 | 0.00 | 1,285.93 |
| Acct: 6470 | | | | |
| ONLINE COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1248 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 667.15 | 317.39 | 0.00 | 317.39 |
| Acct: 2754 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 662.43 | 315.14 | 0.00 | 315.14 |
| Acct: 2276 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 414.10 | 197.01 | 0.00 | 197.01 |
| Acct: 4287 | | | | |
| REGIONAL ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9901 | | | | |
| SANFORD HEALTH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6268 | | | | |
| TRANSWORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5032 | | | | |
| TRANSWORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5432 | | | | |
| WVU HOSPITALS INC/WV UNITED HEALTH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 478.75 | 227.76 | 0.00 | 227.76 |
| Acct: 9254 | | | | |
| QUANTUM3 GROUP LLC AGNT - CF MEDIC | 52.00 | 18.31 | 0.00 | 18.31 |
| Acct: 6209 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| QUANTUM3 GROUP LLC AGNT - CF MEDI( | 699.00 | 332.55 | 0.00 | 332.55 |
| Acct: 6208 | | | | |
| QUANTUM3 GROUP LLC AGNT - CF MEDI( | 52.00 | 18.31 | 0.00 | 18.31 |
| Acct: 8499 | | | | |
| SPRINT CORP(*) | 1,006.07 | 478.63 | 0.00 | 478.63 |
| Acct: 183 | | | | |
| UPMC PHYSICIAN SERVICES | 4,880.80 | 2,322.00 | 0.00 | 2,322.00 |
| Acct: 9254 | | | | |
| MIDLAND FUNDING LLC | 786.91 | 374.36 | 0.00 | 374.36 |
| Acct: 8974 | | | | |
| AT & T MOBILITY II LLC | 1,065.53 | 506.91 | 0.00 | 506.91 |
| Acct: 1144 | | | | |
| DOMESTIC RELATIONS OBLIGATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SANTANDER CONSUMER USA D/B/A CHR' | 14,060.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9782 | | | | |
| RAS CRANE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 7,455.17 |

| TOTAL PAID TO CREDITORS | | | | 18,788.32 |
|---|---|---|---|---:|

TOTAL CLAIMED
```
PRIORITY                 1,892.05
SECURED                  7,716.24
UNSECURED               29.757.70
```

Date: 03/15/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com